

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

Robert B. Hopkins
rbhopkins@ober.com
410-347-7383

Offices in:
Maryland
Washington, D.C.
Virginia



September 18, 2000

HAND DELIVERED
The Honorable Benson E. Legg
United States District Court
 for the District of Maryland
340 U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

    Re:    Nancy Wojcik and Francis Wojcik, Sr. v. Crown Cruise Lines, Inc.,
           officially known as Crown Cruises of Panama, Inc.
           Civil Action No. L 00 CV 2507

Dear Judge Legg:

    This letter is being written with regard to Your Honor's September 7 Scheduling Order. The parties have discussed the Order and request two modifications. First, because this is a maritime action with many potential witnesses at sea in foreign waters, it is anticipated that it will be difficult to schedule witness interviews and depositions. As such, the parties respectfully request that all dates in the Scheduling Order, including the discovery cutoff of January 18, 2001 be set back approximately two months.

    Second, the parties request that each party be provided up to 12 hours for fact depositions.

                          Respectfully submitted,

                          Robert B. Hopkins

RBH:smc
cc:    Murray J. Resnick, Esquire

Approved
10/3/00
Benson Legg
USDJ