UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NANCY WOJCIK AND
FRANCIS WOJCIK, SR.,

 Plaintiffs,

v.             Civil Action No. L 00 CV 2507

CROWN CRUISE LINES, INC.,
OFFICIALLY KNOWN AS CROWN
CRUISES OF PANAMA, INC.,

 Defendant.

\* \* \* \* \* \* \* \* \*

### STIPULATION/ORDER OF DISMISSAL

Nancy Wojcik and Francis Wojcik, Sr. by their undersigned attorneys and Crown Cruise Lines, Inc., officially known as Crown Cruises of Panama, Inc., hereby stipulate and agree as follows:

1. Plaintiffs Nancy Wojcik and Francis Wojcik, Sr. hereby dismiss with prejudice pursuant to Fed.R.Civ.P. 41 all claims against Defendant Crown Cruise Lines, Inc., officially known as Crown Cruises of Panama, Inc.

2. Defendant Crown Cruise Lines, Inc., officially known as Crown Cruises of Panama, Inc., will pay any outstanding Court costs.

RBH:658669.1:11/27/00:11:28 AM

_____
Murray L. Resnick, Esquire
Resnick & Abraham, L.L.C.
One East Franklin Street
Baltimore, MD  21202
410-539-6087
Attorney for Nancy Wojcik and
 Francis Wojcik, Sr.

_____
Robert B. Hopkins
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street, 8th Floor
Baltimore, Maryland 21202-1643
(410) 685-1120
Attorneys for Defendants Crown Cruise Lines,
Inc., officially known as Crown Cruises of
 Panama, Inc., Defendant

SO ORDERED this __14TH__ day of __December__, 2000.

_____
Judge